**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STATE FARM MUTUAL INSURANCE**
**COMPANY**                                                                                       **PLAINTIFF**

**VS.**                                         **3:07CV00122-WRW**

**WILLIE B. HARRIS, JR. and**
**ALLYE HARRIS**                                                                               **DEFENDANTS**

**ORDER**

Defendants' Motion to Dismiss for Want of Subject Matter Jurisdiction asserted that the amount in controversy requirement was not met. Plaintiff filed an Amended Complaint that sets out that the amount in controversy is in excess of $75,000.[1]

Accordingly, Defendants' Motion to Dismiss for Want of Subject Matter Jurisdiction (Doc. No. 3) is DENIED.

IT IS SO ORDERED this 12th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 11.