IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                         **PLAINTIFF**

VS.                                    3:07-CV-00122-WRW

**WILLIE B. HARRIS, et al**                                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Summary Judgment (Doc. No. 16).  In their response, Defendants concede the motion.[1]

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 16) is GRANTED.

IT IS SO ORDERED this 27th day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 19.