**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                                            **PLAINTIFF**

**VS.**                                              **3:07-CV-00122-WRW**

**WILLIE B. HARRIS, et al**                                                                                    **DEFENDANTS**

**JUDGMENT**

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 27th day of March, 2008.

                                        /s/ Wm. R. Wilson, Jr._____
                                        UNITED STATES DISTRICT JUDGE